# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| YOULIN WANG,<br><br>      Plaintiff,<br><br>    v.<br><br>RICHARD KAHN, et al.,<br><br>      Defendants. | Case No. 20-cv-08033-BLF<br><br>**ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |

The case management conference currently scheduled for Thursday, May 5, 2022 at 11:00 a.m. is ADVANCED to **Wednesday, May 4, 2022 at 11:00 a.m. via Zoom**. This order does not affect the deadline to file the case management conference statement.

**IT IS SO ORDERED.**

Dated: April 18, 2022

_____
BETH LABSON FREEMAN
United States District Judge