GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
ERIN M. ADRIAN, ESQ. (SBN 228718)
(ema@grellas.com)
VIVI T. LEE, ESQ. (SBN 247513)
(vl@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA  95014
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Petitioner
YOULIN WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOULIN WANG, an individual<br>    Petitioner,<br><br>  v.<br><br>RICHARD KAHN, an individual; and FORENSIC PROFESSIONALS GROUP USA, INC., a Florida corporation; and DEREK LONGSTAFF, an individual,<br><br>    Respondents. | Case No.: 5:20-cv-08033-BLF<br><br>**PETITIONER YOULIN WANG'S [PROPOSED] ORDER REGARDING SCHEDULING MATTERS** |

PETITIONER'S [PROPOSED] ORDER REGARDING SCHEDULING MATTERS
5:20-cv-08033-BLF

Petitioner Youlin Wang ("Wang") respectfully submits his proposed schedule of deadlines for this matter, including deadlines for discovery and expert disclosures.

The Court's May 5, 2022, Case Management Order directed the parties "to meet, confer, and submit a stipulation and order setting all deadlines not set by the Court below, including discovery cut-offs and expert disclosure deadlines," by May 27, 2022.

Wang is, unfortunately, unable to submit a stipulation. The meet and confer process has been challenging.

During the May 4, 2022, Case Management Conference, Mr. Douglas Klein, counsel of record for respondents Richard Kahn ("Kahn") and Forensic Professionals Group USA, Inc. ("FPG," and together with Kahn, the "Kahn Respondents"), informed the Court that he intended to seek leave to withdraw as counsel for the Kahn Respondents. Mr. Klein further advised the Court that he intended to file a motion within days.

For reasons that we do not understand, no motion has been filed. Our understanding is that Kahn wishes to represent himself. Yet nothing has been filed to effect a substitution even as to Kahn.

Wang's counsel could not immediately engage Kahn in meet and confer efforts because he is a represented party. Wang's counsel only recently received written permission from Mr. Klein to communicate with Kahn. Wang's counsel was able to meet and confer with Kahn regarding scheduling a telephonic ADR conference. Wang's counsel also advised Kahn that he would be circulating a proposed schedule and stipulation for discussion. Wang's counsel subsequently circulated a proposal (with the dates reflected herein) and received no response from either Kahn or Mr. Klein. Kahn mentioned a plan to take some vacation time and that may explain his lack of response.

In an effort to comply with the Court's order, Wang is submitting his own proposed schedule. Given the April 10, 2023, trial date, it is important that the case get back on track. The schedule includes a deadline for the Kahn Respondents to Answer the Petition. During the Case Management Conference, the Court instructed Mr. Klein that the Kahn Respondents

must file their Answers within 14 days of the Case Management Conference. That did not happen. Should the Kahn Respondents fail to file an Answer within any further deadline ordered by the Court, Wang intends to initiate default proceedings. The schedule also includes a deadline for the Kahn Respondents to provide their initial disclosures. The parties had agreed to serve initial disclosures on February 17, 2021, which Wang did. The Kahn Respondents, however, have still not served theirs.

| Event | Date |
| --- | --- |
| Respondents' Deadline To Serve Answer | June 10, 2022 |
| Respondents' Deadline To Serve Initial Disclosures Under FRCP 26 (Petitioner Has Already Served) | June 10, 2022 |
| Non-expert discovery cut-off | August 26, 2022 |
| Serve written expert reports | September 2, 2022 |
| Serve supplemental/rebuttal expert reports | September 22, 2022 |
| Expert discovery cut-off | September 29, 2022 |
| Last day to file dispositive motions | October 13, 2022 |
| Oppositions to dispositive motions | November 3, 2022 |
| Replies to dispositive motions | November 17, 2022 |
| Dispositive motions (hearing date) | December 1, 2022 |
| Final Pretrial Conference | March 2, 2023 |
| Trial | April 10, 2023 |

| | |
|---|---|
| | Respectfully Submitted, |
| Dated: May 27, 2022 | GRELLAS SHAH LLP |
| | By: /s/ Dhaivat H. Shah |
| | Dhaivat H. Shah |
| | Attorneys for Petitioner |

### [PROPOSED] ORDER

The above [PROPOSED] ORDER REGARDING SCHEDULING MATTERS is approved and all parties shall comply with its provisions.  In addition, the Court makes the further orders stated below:

Dated: _____

_____
BETH LABSON FREEMAN
United States District Judge