United States District Court
Northern District of California

1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 YOULIN WANG,

Plaintiff,

8

9 v.

10 RICHARD KAHN, et al.,

Defendants.

11

Case No.  20-cv-08033-BLF

**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING**

[Re:  ECF No. 81]

12

13        The motion for default judgment that is set for hearing on August 11, 2022 is hereby

14 SUBMITTED without oral argument and the hearing is VACATED.  *See* Civ. L.R. 7-1(b).

15        **IT IS SO ORDERED.**

16

17 Dated:  June 14, 2022

18 _____

BETH LABSON FREEMAN
19 United States District Judge

20

21

22

23

24

25

26

27

28