1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

YOULIN WANG,

              Petitioner,

   v.

RICHARD KAHN, et al.,

              Respondents.

Case No.  20-cv-08033-BLF

**ORDER TO SHOW CAUSE WHY ANSWER SHOULD NOT BE STRICKEN AS TO FORENSIC PROFESSIONALS GROUP, USA, INC**

On August 11, 2022, the Court heard and granted Douglas E. Klein's motion to withdraw as counsel for Respondents Richard Kahn and Forensic Professionals Group, USA, Inc. ("FGP"). At the hearing, Mr. Kahn informed the Court that he intended to represent himself pro se.  Mr. Kahn also represented, as FGP's agent, that he did not intend to obtain counsel for Respondent FGP, which, as a corporation, cannot represent itself.  Civil L.R. 3-9(b); *see also, e.g.*, *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993).

Accordingly, the parties are ORDERED TO SHOW CAUSE, in writing and before August 25, 2022, why the answer (ECF No. 91) should not be stricken with respect to Respondent FGP.

**IT IS SO ORDERED.**

Dated:  August 11, 2022

_____
BETH LABSON FREEMAN
United States District Judge